IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sheriff, Zaheer

Printed: 9/3/08

Case Number: 04 B 40374
Judge: Hollis, Pamela S
Filed: 11/1/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 12, 2008
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,700.94 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 6,475.59 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 494.60 |
| Other Funds: |  | 1,030.75 |
| Totals: | 10,700.94 | 10,700.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Resurgent Capital Services | Unsecured | 1,098.89 | 1,098.89 |
| 3. | ECast Settlement Corp | Unsecured | 319.73 | 319.73 |
| 4. | ECast Settlement Corp | Unsecured | 983.25 | 983.25 |
| 5. | Discover Financial Services | Unsecured | 435.18 | 435.18 |
| 6. | Resurgent Capital Services | Unsecured | 1,472.74 | 1,472.74 |
| 7. | Resurgent Capital Services | Unsecured | 999.46 | 999.46 |
| 8. | ECast Settlement Corp | Unsecured | 553.82 | 553.82 |
| 9. | Resurgent Capital Services | Unsecured | 141.44 | 141.44 |
| 10. | Resurgent Capital Services | Unsecured | 184.30 | 184.30 |
| 11. | ECast Settlement Corp | Unsecured | 286.78 | 286.78 |
| 12. | LaSalle Bank NA | Secured |  | No Claim Filed |
|  |  |  | $ 9,175.59 | $ 9,175.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 38.11 |
| 4% | 15.63 |
| 3% | 11.59 |
| 5.5% | 65.48 |
| 5% | 144.62 |
| 4.8% | 72.07 |
| 5.4% | 147.10 |
|  | $ 494.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sheriff, Zaheer

Printed: 9/3/08

Case Number: 04 B 40374
Judge: Hollis, Pamela S
Filed: 11/1/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

